234 F.3d 1339 (8th Cir. 2000)
 Kenneth KENLEY, Appellee/Cross-Appellant,
v.
Michael BOWERSOX, Appellant/Cross-Appellee.
 Nos. 99-3281, 99-3440.
 United State Court of Appeals,
Eighth Circuit
 December 6, 2000
 
 1
 Appeal from the United State District Court for the Eastern District of Missouri.
 
 
 2
 On the Court's own motion, the mandate issued on November 28, 2000, is hereby recalled.
 
 
 3
 The judgment entered on September 28, 2000, is hereby vacated. Jurisdiction of the case was retained by this court pending a limited remand to the district court in accordance with the opinion filed on September 28, 2000.